UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **KENNETH WHEELER** | **CIVIL ACTION NO. 08-0337** |
| **VS.** | **SECTION P** |
| **WAYNE MELANÇON, ET AL.** | **JUDGE JAMES** |
| | **MAGISTRATE JUDGE HAYES** |

### ORDER

Kenneth Wheeler filed this *pro se* civil rights complaint (42 U.S.C. §1983) on March 6, 2008. Plaintiff is an inmate in the custody of Louisiana's Department of Public Safety and Corrections. He is incarcerated at the Madison Parish Corrections Center, Tallulah, Louisiana; however, he complains that two automobiles belonging to him were seized without a warrant and thereafter unlawfully forfeited and sold by the Sheriff of Acadia Parish and the District Attorney of Louisiana's Fifteenth Judicial District, which includes Acadia Parish.

Since the events complained of occurred within the geographical confines of the Lafayette Division of this Court, and since the defendants likewise reside within that area,

**IT IS ORDERED** that the above captioned case be and it is hereby transferred to the Lafayette Division of this Court.

In Chambers, Monroe, Louisiana May 16, 2008.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE