RECEIVED

JUL 2 4 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KENNETH WHEELER<br>LA. DOC. #108870<br>VS. | CIVIL ACTION NO. 08-0337<br><br>SECTION P<br><br>JUDGE MELANÇON |
| WAYNE MELANSON, ET AL. | MAGISTRATE JUDGE METHVIN |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief may be granted, and for seeking monetary relief against a defendant who is immune from such relief pursuant to the provisions of 28 U.S.C. §§1915(e)(2)(B)(i), (ii), and (iii) and 1915A(b)(1) and (2).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 24th day of July, 2008.

TUCKER. L. MELANÇON
UNITED STATES DISTRICT JUDGE